UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Gil, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 09 cv 3913 |
| | ) | |
| Anna Gil et al. | ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTION OF DEATH OF DEFENDANT FATHER WACLAW JAMROZ
UPON THE RECORD UNDER RULE 25(A)(1)**

Maraika F. Collins and George B. Collins of Collins Bargione & Vuckovich, attorneys in this action for ANNA GIL, FATHER WACLAW JAMROZ, GILMART, LTD, and GILMART II, LTD, suggest upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Defendant Father Waclaw Jamroz during the pendency of this action.

Respectfully Submitted,

By: /s/ Maraika F. Collins
_____
Attorney for ANNA GIL, FATHER
WACLAW JAMROZ, GILMART, LTD,
and GILMART II, LTD

George B. Collins
Maraika F. Collins (ARDC Registration # 6296114)
Collins Bargione & Vuckovich
1 N. LaSalle Street
Suite 300
Chicago, IL 60602
(312) 372-7813