## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3913 | **DATE** | 3/3/2010 |
| **CASE TITLE** | Joseph Gil vs. Anna Gil, et al. | | |

**DOCKET ENTRY TEXT**

Enter Opinion and Order. For the reasons stated in the Opinion and Order, the motions to dismiss of Anna Gil, the Louise Makuch Revocable Trust, Gilmart Ltd., and Gilmart II, Inc. [13], and Lowell International Company [23] are granted with prejudice as to the RICO claims and for lack of jurisdiction as to the state law claims. Although not all parties have appeared, the court on its own motion dismisses claims against all remaining defendants as stated herein. Case dismissed. This case is terminated.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | MD |
|---|---|---|